

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-24-00225-CR

EX PARTE TERRY LEE RICHARDSON

ORGINAL PROCEEDING

July 12, 2024

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Terry Lee Richardson, proceeding pro se, filed a document with this Court challenging his pretrial confinement on pending criminal charges and requesting a reduction of his bond. We construe the document as a pretrial application for writ of habeas corpus.

Intermediate courts of appeals do not have original habeas corpus jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d) (limiting original habeas jurisdiction of intermediate appellate courts to civil cases); *Ex parte Hawkins*, 885 S.W.2d 586, 588–89 (Tex. App.—El Paso 1994, orig. proceeding) (per curiam). That jurisdiction instead rests with the Court of Criminal Appeals, the district courts, and the county courts.

*See* TEX. CODE CRIM. PROC. ANN. arts. 11.05, 11.08, 11.09; *Ex parte Hawkins*, 885 S.W.2d at 588.

Consequently, we dismiss Richardson's application for writ of habeas corpus for want of jurisdiction.

Per Curiam

Do not publish.